UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SAVAGE ENTERTAINMENT, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    C.A. No. |
| | ) |
| JAMAINE ORTIZ, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant Jamaine Ortiz, pursuant to 28 U.S.C. §§ 1441, et seq., gives notice of his removal of this Action from the Rhode Island Superior Court, Providence/Bristol County, to this Court. In support of this removal, Mr. Ortiz respectfully states:

1. On or about May 17, 2022, Plaintiff Savage Entertainment LLC commenced this Action against Mr. Ortiz in the Rhode Island Superior Court for Providence/Bristol County. Plaintiff's action was docketed as: "Savage Entertainment, LLC v. Jamaine Ortiz," P.C. No. 2022-02911 (the "Action").

2. Defendant received copies of the Summons and Complaint in this Action on or about May 26, 2022, when they were left with a neighbor in his building.

3. The Complaint alleges that Mr. Ortiz, a professional boxer, violated the terms of a Management Agreement he entered into with Plaintiff on or about April 13, 2016. Complaint, ¶¶ 16-20.

4. Plaintiff in the Complaint demands compensatory and punitive damages, attorney's fees, and injunctive relief. Complaint, "Wherefore" clauses.

5. Mr. Ortiz denies the allegations in the Complaint.

6. True copies of the Summons and Complaint in the Action are appended hereto as Exhibit A.

7. On May 17, 2022, the Rhode Island Superior Court entered a temporary ex parte restraining order against Mr. Ortiz.

8. Plaintiff is alleged to be a limited partnership organized and existing under the laws of the State of Rhode Island with a principal place of business in Providence, Rhode Island. Complaint, ¶ 1.

9. Mr. Ortiz is an individual residing in Worcester, Massachusetts.

10. This Court has original jurisdiction over this Action pursuant to 28 U.S.C. § 1332(a) because the parties are citizens of different states and the amount in dispute exceeds $75,000.00, exclusive of interest and costs.

11. "It is well-settled that in an action for injunctive or declaratory relief 'the amount in controversy is measured by the value of the object of the litigation.'" Grotzke v. Kurz, 887 F. Supp. 53, 55 (R.I. 1995)(quoting Hunt v. Washington State Apple Advertising Comm'n, 432 U.S. 333, 347 (1977)). Mr. Ortiz's purse for his most recent boxing match was approximately $100,000, and it is reasonably expected that he will earn purses that exceed this amount in the future. See Complaint, ¶ 24 ("It is also reasonably expected that Defendant, by his participation in the match in Las Vegas, will position himself to engage in additional bouts that will earn him even greater opportunities to earn more significant purses."). Plaintiff seeks damages based on the purses earned by Mr. Ortiz. Plaintiff also seeks an injunction prohibiting Mr. Ortiz from spending or distributing the proceeds of his most recent match and enjoining him from entering into any further boxing contests without Plaintiff's permission, among other things.

12. This Action may therefore be removed to this Court pursuant to 28 U.S.C. 1441(a).

13. Pursuant to 28 U.S.C. § 1446(b), removal is timely filed within thirty days after the receipt by Mr. Ortiz of the initial pleading setting forth the claims for relief.

14. The Superior Court of Providence/Bristol County, Rhode Island, is located within the District of Rhode Island. Therefore, this venue is proper pursuant to 28 U.S.C. § 1441 because this is the "district and division embracing the place where such action is pending."

15. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal has been served on Plaintiff and shall be promptly filed with the Superior Court of Providence/Bristol County, Rhode Island.

16. There are no other defendants in this case and therefore no consent for removal of this action is required.

17. By filing this Notice, Mr. Ortiz does not waive his right to object to service of process, the sufficiency of process, venue, or jurisdiction, and specifically reserves the right to assert any defenses and/or objections to which he may be entitled.

WHEREFORE, Petitioner Jamaine Ortiz prays this Action stand removed to this Court.

/s/ Brooks R. Magratten
Brooks R. Magratten, #3585
Pierce Atwood LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
Tel: (401) 490-3422
Fax: (401) 588-5166
bmagratten@pierceatwood.com

*Attorney for Defendant Jamaine Ortiz*

Date: June 24, 2022

## **CERTIFICATE OF SERVICE**

      I certify that the within document was electronically filed with the clerk of the court on June 24, 2022, and that it is available for viewing and downloading from the Court's ECF system. A copy has also been mailed to Plaintiff's counsel, by first class mail postage prepaid, at the following address:

Daniel P. McKiernan, Esq.
9 Thurber Boulevard, Suite D
Smithfield, RI  02917

                                                 */s/ Brooks R. Magratten*