PROVIDENCE/BRISTOL COUNTY SUPERIOR COURT

# SC DOCKET SHEET
## CASE NO. PC-2022-02911

| | | |
|---|---|---|
| Savage Entertainment, LLC | § | Location: **Providence/Bristol County Superior Court** |
| v. | § | |
| **Jamaine Ortiz** | § | Filed on: **05/17/2022** |
| | § | US District Court Case Number: **1:22-cv-00247** |
| | § | |

---

### CASE INFORMATION

**Statistical Closures**
06/27/2022    Closed-Non-Trial-Unassigned-Remanded to District Court

Case Type: **Injunctive Relief**

Case Status: **06/27/2022    Closed**

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment** |
| | Case Number        PC-2022-02911 |
| | Court        Providence/Bristol County Superior Court |
| | Date Assigned        05/17/2022 |

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Savage Entertainment, LLC** | **MCKIERNAN, DANIEL P.** |
| | | *Retained* |
| | | 4012231400 x000(W) |
| **Defendant** | **Ortiz, Jamaine** | |

---

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|
| | **EVENTS** |
| 06/27/2022 | Closed-Non-Trial-Unassigned-Remanded to District Court |
| 06/27/2022 | Case Removed to US District Court |
| 06/24/2022 | Notice of Removal |
| | *Notice of Filing Notice of Removal* |
| 05/27/2022 | Order Entered (Judicial Officer: McHugh, Associate Justice Kevin F. ) |
| | *PPI Continued to 6/27/22* |
| 05/25/2022 | Summons |
| 05/17/2022 | Order Entered (Judicial Officer: McHugh, Associate Justice Kevin F. ) |
| 05/17/2022 | Motion for Relief |
| | *Motion for Injunctive Relief* |
| 05/17/2022 | Complaint Filed |
| | *Complaint Filed* |
| | **HEARINGS** |
| 06/27/2022 | Preliminary Injunction (2:00 PM)  (Judicial Officer: McHugh, Associate Justice Kevin F. ) ;Location: Licht Courtroom 17) |
| 05/27/2022 | Preliminary Injunction (2:00 PM)  (Judicial Officer: McHugh, Associate Justice Kevin F.) ;Location: Licht Courtroom 17) |
| | *By Agreement* |
| 05/17/2022 | Hearing on Restraining Order (2:00 PM)  (Judicial Officer: McHugh, Associate Justice Kevin F.) ;Location: Licht Courtroom 17) |

**PROVIDENCE/BRISTOL COUNTY SUPERIOR COURT**

# SC DOCKET SHEET
## CASE NO. PC-2022-02911

*Granted*



## STATE OF RHODE ISLAND
## AND PROVIDENCE PLANTATIONS

### CLERK'S CERTIFICATE AND TRANSMITTAL OF THE RECORD

**Case Information**

Case Caption: Savage Entertainment, LLC vs. Jamaine Ortiz

Federal Court Case No. 1:22-cv-00247    State Court Case No. PC-2022-02911

**Record Information**

Confidential:    Yes ☐    No ☑    Description: _____

Sealed documents:    Yes ☐    No ☑    Description: _____

**Certification**

I, Stephen Burke _____, Clerk of the Rhode Island Superior Court for the County of Providence ☐ do certify that the attached documents are all the documents included in the record in the above referenced case.

Date: Jun/27/2022

Clerk:
/s/ Stephen Burke

Prepared by:
/s/ Victoria Reakes-Higgins

Page 3

Case Number: PC-2022-02911
Filed in Providence/Bristol County Superior Court
Submitted: 6/24/2022 5:04 PM
Envelope: 3683442
Reviewer: Victoria H

1:22-cv-00247-WES-LDA   Document 3   Filed 06/27/22   Page 4 of 38 PageID #: 23

STATE OF RHODE ISLAND                         SUPERIOR COURT
PROVIDENCE, SC.


SAVAGE ENTERTAINMENT, LLC,          )
                                    )
                Plaintiff,          )
                                    )
        v.                          )           C.A. No. PC-2022-02911
                                    )
JAMAINE ORTIZ,                      )
                                    )
                Defendant.          )


### <u>NOTICE OF FILING NOTICE OF REMOVAL</u>

Pursuant to 29 U.S.C. § 1446 (d) the Defendant Jamaine Ortiz gives notice of the filing of

the attached Notice of Removal in the United States District Court for the District of Rhode

Island on this the 24th day of June, 2022.

                                JAMAINE ORTIZ,

                                By his Attorneys,


                                */s/ Brooks R. Magratten*
                                Brooks R. Magratten, Esq., (#3585)
                                Pierce Atwood, LLP
                                One Financial Plaza, 26th Floor
                                Providence, RI 02903
                                Telephone (401) 490-3422
                                Fax 401) 588-5166
                                bmagratten@pierceatwood.com

Dated:  June 24, 2022


15141198.1

Case Number: PC-2022-02911
Filed in Providence/Bristol County Superior Court
Submitted: 6/24/2022 5:04 PM
Envelope: 3683442
Reviewer: Victoria H

Case 1:22-cv-00247-WES-LDA    Document 3    Filed 06/27/22    Page 5 of 38 PageID #: 24

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 24th day of June, 2022, I filed and served this document through the electronic filing system on all counsel of record.  The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

Daniel P. McKiernan, Esq.
9 Thurber Boulevard, Suite D
Smithfield, RI  02917

*/s/ Brooks R. Magratten* _____
Brooks R. Magratten

2

Case 1:22-cv-00247-WES-LDA    Document 3    Filed 06/27/22    Page 6 of 38 PageID #: 25

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Savage Entertainment, LLC

**DEFENDANTS**

Jamaine Ortiz

**(b)** County of Residence of First Listed Plaintiff    Providence
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Daniel P. McKiernan, 9 Thurber Blvd., Suite D, Smithfield, RI 02917
401-453-5055

Attorneys *(If Known)*

Brooks Magratten, Pierce Atwood LLP, One Financial Plaza, Suite 2600, Providence, RI 02903, 401-490-3422

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☒ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC  Section 1332(a)
Brief description of cause:
Action for alleged breach of management agreement

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE
06/24/2022

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

Case Number: PC-2022-02911
Filed in Providence/Bristol County Superior Court
Submitted: 6/24/2022 5:04 PM
Envelope: 3683442
Reviewer: Victoria H

Case 1:22-cv-00247-WES-LDA    Document 3    Filed 06/27/22    Page 7 of 38 PageID #: 26

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SAVAGE ENTERTAINMENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. |
| | ) | |
| JAMAINE ORTIZ, | ) | |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF REMOVAL**

Defendant Jamaine Ortiz, pursuant to 28 U.S.C. §§ 1441, et seq., gives notice of his

removal of this Action from the Rhode Island Superior Court, Providence/Bristol County, to this

Court.  In support of this removal, Mr. Ortiz respectfully states:

1.      On or about May 17, 2022, Plaintiff Savage Entertainment LLC commenced this

Action against Mr. Ortiz in the Rhode Island Superior Court for Providence/Bristol County.

Plaintiff's action was docketed as: "Savage Entertainment, LLC v. Jamaine Ortiz," P.C. No.

2022-02911 (the "Action").

2.      Defendant received copies of the Summons and Complaint in this Action on or

about May 26, 2022, when they were left with a neighbor in his building.

3.      The Complaint alleges that Mr. Ortiz, a professional boxer, violated the terms of a

Management Agreement he entered into with Plaintiff on or about April 13, 2016.  Complaint, ¶¶

16-20.

4.      Plaintiff in the Complaint demands compensatory and punitive damages,

attorney's fees, and injunctive relief.  Complaint, "Wherefore" clauses.

5.      Mr. Ortiz denies the allegations in the Complaint.

6.     True copies of the Summons and Complaint in the Action are appended hereto as Exhibit A.

7.     On May 17, 2022, the Rhode Island Superior Court entered a temporary ex parte restraining order against Mr. Ortiz.

8.     Plaintiff is alleged to be a limited partnership organized and existing under the laws of the State of Rhode Island with a principal place of business in Providence, Rhode Island. Complaint, ¶ 1.

9.     Mr. Ortiz is an individual residing in Worcester, Massachusetts.

10.    This Court has original jurisdiction over this Action pursuant to 28 U.S.C. § 1332(a) because the parties are citizens of different states and the amount in dispute exceeds $75,000.00, exclusive of interest and costs.

11.    "It is well-settled that in an action for injunctive or declaratory relief 'the amount in controversy is measured by the value of the object of the litigation.'" Grotzke v. Kurz, 887 F. Supp. 53, 55 (R.I. 1995)(quoting Hunt v. Washington State Apple Advertising Comm'n, 432 U.S. 333, 347 (1977)). Mr. Ortiz's purse for his most recent boxing match was approximately $100,000, and it is reasonably expected that he will earn purses that exceed this amount in the future. See Complaint, ¶ 24 ("It is also reasonably expected that Defendant, by his participation in the match in Las Vegas, will position himself to engage in additional bouts that will earn him even greater opportunities to earn more significant purses."). Plaintiff seeks damages based on the purses earned by Mr. Ortiz. Plaintiff also seeks an injunction prohibiting Mr. Ortiz from spending or distributing the proceeds of his most recent match and enjoining him from entering into any further boxing contests without Plaintiff's permission, among other things.

2

12.     This Action may therefore be removed to this Court pursuant to 28 U.S.C. 1441(a).

13.     Pursuant to 28 U.S.C. § 1446(b), removal is timely filed within thirty days after the receipt by Mr. Ortiz of the initial pleading setting forth the claims for relief.

14.     The Superior Court of Providence/Bristol County, Rhode Island, is located within the District of Rhode Island.  Therefore, this venue is proper pursuant to 28 U.S.C. § 1441 because this is the "district and division embracing the place where such action is pending."

15.     Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal has been served on Plaintiff and shall be promptly filed with the Superior Court of Providence/Bristol County, Rhode Island.

16.     There are no other defendants in this case and therefore no consent for removal of this action is required.

17.     By filing this Notice, Mr. Ortiz does not waive his right to object to service of process, the sufficiency of process, venue, or jurisdiction, and specifically reserves the right to assert any defenses and/or objections to which he may be entitled.

WHEREFORE, Petitioner Jamaine Ortiz prays this Action stand removed to this Court.

/s/ Brooks R. Magratten
Brooks R. Magratten, #3585
Pierce Atwood LLP
One Financial Plaza, 26th Floor
Providence, RI  02903
Tel: (401) 490-3422
Fax: (401) 588-5166
bmagratten@pierceatwood.com

*Attorney for Defendant Jamaine Ortiz*

Date:  June 24, 2022

3

Case Number: PC-2022-02911
Filed in Providence/Bristol County Superior Court
Submitted: 6/24/2022 3:04 PM
Envelope: 3683442
Reviewer: Victoria H

Case 1:22-cv-00247-WES-LDA    Document 3    Filed 06/27/22    Page 10 of 38 PageID #: 29

## CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on June 24, 2022, and that it is available for viewing and downloading from the Court's ECF system.  A copy has also been mailed to Plaintiff's counsel, by first class mail postage prepaid, at the following address:

Daniel P. McKiernan, Esq.
9 Thurber Boulevard, Suite D
Smithfield, RI  02917

*/s/ Brooks R. Magratten*

4

Case Number: PC-2022-02911
Filed in Providence/Bristol County Superior Court
Submitted: 6/24/2022 3:04 PM
Envelope: 3683442
Reviewer: Victoria H

Case 1:22-cv-00247-WES-LDA     Document 3     Filed 06/27/22     Page 11 of 38 PageID #: 30

# Exhibit A



# STATE OF RHODE ISLAND

## SUPERIOR COURT

## SUMMONS

| | Civil Action File Number |
| --- | --- |
| | PC-2022-02911 |
| **Plaintiff** | **Attorney for the Plaintiff or the Plaintiff** |
| Savage Entertainment, LLC | Daniel P. Mckiernan |
| v. | **Address of the Plaintiff's Attorney or the Plaintiff** |
| Jamaine Ortiz | MCKIERNAN LAW |
| **Defendant** | 9 Thurber Blvd Suite D |
| | Smithfield RI 02917 |
| Licht Judicial Complex | **Address of the Defendant** |
| Providence/Bristol County | 6 Hermitage Lane |
| 250 Benefit Street | Worcester MA 01605 |
| Providence RI 02903 | |
| (401) 222-3250 | |

**TO THE DEFENDANT** Jamaine Ortiz

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 5/25/2022. | -/s/-Stephen Burke |
| --- | --- |
| | Clerk |

Witness the seal/watermark of the Superior Court

A TRUE COPY ATTESTED

CONSTABLE • PROCESS SERVER
DISINTERESTED PERSON

SC-CMS-1 (revised July 2020)

Case Number: PC-2022-02911
Filed in Providence/Bristol County Superior Court
Submitted: 6/24/2022 3:04 PM
Envelope: 3683442
Reviewer: Victoria H

Case 1:22-cv-00247-WES-LDA    Document 3    Filed 06/27/22    Page 13 of 38 PageID #: 32



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>Savage Entertainment, LLC<br><br>v.<br><br>Jamaine Ortiz<br>**Defendant** | **Civil Action File Number**<br>PC-2022-02911 |

## PROOF OF SERVICE

I hereby certify that on the date below, I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received therewith upon the Defendant, Jamaine Ortiz, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person of suitable age and discretion _____

    Address of dwelling house or usual place of abode _____

    Age _____

    Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.

    Name of authorized agent _____

    If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.

    Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.

    Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)

Case Number: PC-2022-02911
Filed in Providence/Bristol County Superior Court
Submitted: 6/24/2022 3:04 PM
Envelope: 3683442
Reviewer: Victoria H

Case 1:22-cv-00247-WES-LDA    Document 3    Filed 06/27/22    Page 14 of 38 PageID #: 33

## STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.

Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.

Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ I was unable to make service after the following reasonable attempts: _____

_____

SERVICE DATE: _____     SERVICE FEES: _____

Month   Day   Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE _____

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED

Signature _____

State of _____

County of _____

On this _____ day of _____ 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____ to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

Page 2 of 2

*SC-CMS-1 (revised July 2020)*



Richard W. Nicholson, Esq., CPA
John B. Harwood, Esq.

**NICHOLSON**
**& ASSOCIATES**
ATTORNEYS & CPAs

August E. Bigos, Esq.
Daniel McKiernan, Esq.

May 25, 2022

Jamaine Ortiz
6 Hermitage Lane
Worcester, MA 01605

Dear Mr. Ortiz:

I am an attorney representing Savage Entertainment, LLC. Savage has filed a lawsuit against you in Superior Court in Providence, RI.

Last week, after an "ex parte" hearing, the Court entered an Order granting temporary injunctive relief. I am attaching a copy of that order with this letter.

The Court has scheduling another hearing on May 27, 2022 at 2pm. The Judge handling this is Judge McHugh.

If you have an attorney, please have that attorney contact me. If you do not have an attorney, please contact me directly by phone. I will try to answer any questions you may have. My office number is 401-453-5055.

Very Truly Yours,

Daniel P. McKiernan, Esq.

DPM:sls

Case Number: PC-2022-02911
Filed in Providence/Bristol County Superior Court
Submitted: 6/24/2022 3:04 PM
Envelope: 3683442
Reviewer: Victoria H
Providence/Bristol County Superior Court
ed: 5/17/2022 1:16 PM
pe: 3626620
wer: Carol M.

STATE OF RHODE ISLAND     SUPERIOR COURT
PROVIDENCE, SC.

SAVAGE ENTERTAINMENT, LLC   :
             :
VS.            :   C.A. NO.:
             :
JAMAINE ORTIZ       :
             :

## COMPLAINT

### Parties

1. Plaintiff, Savage Entertainment, LLC ("Savage"), is a limited partnership organized and existing under the laws of the State of Rhode Island with a principal place of business in Providence, Rhode Island.

2. Defendant, Jamaine Ortiz ("Defendant"), is an individual who, upon information and belief resides in Worcester, Massachusetts.

3. On or about April 13, 2016, Savage and Defendant entered into a contract entitled "Management Agreement," which provided that "[t]he parties hereto irrevocably consent to the personal jurisdiction of the Courts of the State of Rhode Island."

4. The allegations in this case arise out of said Management Agreement.

### Jurisdiction and Venue

5. This Court has personal jurisdiction over the Defendant.

6. This Court has subject matter jurisdiction over the instant controversy.

7. Venue is appropriate in this Court as Plaintiff has its principal place of business in Providence, Rhode Island.

### Background

8. Defendant is a professional boxer and is approximately 26 years old.

9. At the time Defendant executed the Management Agreement with Savage, he was approximately 21 years old.

1

Case Number: PC-2022-02911
Filed in Providence/Bristol County Superior Court
Submitted: 6/24/2022 3:04 PM
Envelope: 3683442
Reviewer: Victoria H

Providence/Bristol County Superior Court
ted: 5/17/2022 1:16 PM
ope: 3626620
iewer: Carol M.

Case 1:22-cv-00247-WES-LDA    Document 3    Filed 06/27/22    Page 17 of 38 PageID #: 36

10. Pursuant to the Management Agreement, Savage paid Defendant $10,000 and has provided him with a weekly stipend of $500, so that he could focus on his boxing training.

11. Savage's involvement with Defendant has allowed Defendant to become a respected professional boxer.

12. Pursuant to the terms of the Management Agreement, Defendant gave Savage the "exclusive right to manage his professional boxing career" for a term of five (5) years, with such term being automatically extended for three (3) years if Defendant won a world title under the auspices of five different boxing organizations, including the World Boxing Council (WBC).

13. Defendant did win a WBC world title on February 23, 2019.

14. As a result, on February 23, 2019, the term of the Management Agreement was extended through April 13, 2024.

15. Defendant also won other titles that extended the original term of the Management Agreement by three years.

16. Recently, Savage learned that Defendant is scheduled to participate in a professional boxing match in Las Vegas, Nevada, on May 21, 2022. The match will occur at the Resorts World Las Vegas and will be televised on ESPN.

17. The Management Agreement provides that Defendant "expressly agrees that he will not… take part or participate in any boxing contest…. except as directed by" Savage.

18. Defendant did not notify Savage of his intention to engage in the May 21 match in Las Vegas.

19. Savage, through its principal, has attempted to communicate with Defendant within the last three months, but Defendant has not returned any communications to Savage.

20. Savage, through its principal, has learned that Defendant is working with another promoter/manager and intends to dishonor his obligations under the Management Agreement between Savage and Defendant.

2

### *Count I – Injunctive Relief*

21.  Plaintiff repeats and realleges its allegations in paragraphs 1 through 20 as if fully set forth herein.

22.  The Management Agreement states, in relevant part, that the rights granted to Savage under that agreement "are of a special, unique, unusual and extraordinary character, giving them particular value, the loss of which would give them peculiar value, the loss of which would cause irreparable damage or injury that cannot be reasonably or adequately compensated by damages in an action at law."

23.  It is expected that Defendant, whether he wins or loses the match in Las Vegas described above, will earn a purse.

24.  It is also reasonably expected that Defendant, by his participation in the match in Las Vegas, will position himself to engage in additional bouts that will earn him even greater opportunities to earn more significant purses.

25.  The Management Agreement provides that Savage will earn consideration based on the purses earned by Defendant.

26.  If Defendant earns a purse at the Las Vegas match, such monies will be distributed through the Nevada Athletic Commission.

27.  Plaintiff is seeking an Order from this Honorable Court that any purse earned by Defendant during the term of the Management Agreement will not be distributed unless the name of Plaintiff is on the check; and, that Defendant be required to consult with Plaintiff before agreeing to his next fight.

28.  Upon information and belief, Defendant is involved with another manager that is based in Rhode Island.

29.  Alternatively, Savage seeks an order from this Court stating that any purse that will be distributed during the term of the Management Agreement should be paid to the Rhode Island Superior Court, to be distributed after a full hearing in this case.

**WHEREFORE**, Plaintiff, Savage Entertainment, LLC, hereby requests this Court to enter judgment on its behalf requiring Defendant to:

i.  Direct the Nevada Athletic Commission to issue any proceeds from the upcoming boxing match on May 21, 2022 with Plaintiff as a payee;

3

Case Number: PC-2022-02911
Filed in Providence/Bristol County Superior Court
Submitted: 6/24/2022 3:04 PM
Envelope: 3683442
Reviewer: Victoria H

Providence/Bristol County Superior Court
Filed: 5/17/2022 1:16 PM
Envelope: 3626620
Reviewer: Carol M.

Case 1:22-cv-00247-WES-LDA   Document 3   Filed 06/27/22   Page 19 of 38 PageID #: 38

ii. That the Defendant is prohibited from spending or distributing any of the proceeds from the boxing match on May 21, 2022 before the interests of Plaintiff are fully litigated and determined;

iii. That Defendant is required to instruct the Nevada Athletic Commission, which acts as disbursal agent for professional boxers ho have matches in Nevada, to make Savage a payee on any check issued in favor of Defendant as a result of the upcoming match;

iv. Award compensatory and punitive damages; and

v. Award attorney's fees, interest, costs and any such other relief this Court deems just under the circumstances.

### *Count II – Declaratory Relief*

30. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 29 as if fully set forth herein.

31. Jurisdiction is conferred upon this Honorable Court pursuant to R.I.G.L. §9-30-1 et seq.

32. A substantial controversy has arisen amongst the parties which now requires judicial intervention for resolution.

33. Savage seeks a judicial declaration prescribing its rights, and the duties of Defendant when honoring Plaintiff's rights, relative to Savage's rights under the Management Agreement.

34. Specifically, Plaintiff seeks a judgment that the Agreement is in full force and effect and that Defendant has a duty to comply with the terms of the Management Agreement for the remaining term of that Agreement.

**WHEREFORE**, Plaintiff, Savage Entertainment, LLC, hereby requests this Court to enter judgment on its behalf declaring as follows:

i. The effect and term of the "Management Agreement" executed by the parties.

4

Providence/Bristol County Superior Court
/itted: 5/17/2022 1:16 PM
/lope: 3626620
/iewer: Carol M.

### Count III - Breach of Contract

35.    Plaintiff repeats and realleges paragraphs 1 through 34 as if fully set forth herein.

36.    Defendant has breached the terms of the Agreement.

37.    Plaintiff has honored its obligations under the Agreement.

38.    To the extent that such damage can be calculated, Defendant's breach has caused financial damage to Plaintiff.

**WHEREFORE,** Plaintiff, Savage Entertainment, LLC, hereby requests this Court to enter judgment on its behalf requiring Defendant to:

i.    Refrain from entering any further boxing contests without consulting with Plaintiff;

ii.    award compensatory and punitive damages; and

iii.    Pay to Plaintiff compensatory damages, attorney's fees, interest, costs and any such other relief this Court deems just under the circumstances.

### Count IV - Unjust Enrichment

39.    Plaintiff repeats and realleges paragraphs 1 through 38 as if fully set forth herein.

40.    In reliance on the promises from Defendant, Plaintiff paid monies to Defenant over a period of years which allowed Defendant the opportunity to advance his boxing career.

41.    Savage's actions in this regard have conferred a great financial benefit on the Defendant, and it would be inequitable to allow Defendant to benefit from Savage's services without paying for said services.

42.    Savage is entitled to collect from Defendant all sums it has advanced, along with additional sums to make it whole under the Agreement.

**WHEREFORE,** Plaintiff, Savage Entertainment, LLC, hereby requests this Court to enter judgment on its behalf requiring Defendant to:

i.    Refrain from entering any further boxing contests without permission of Plaintiff;

5

   ii.    award compensatory and punitive damages; and

   iii.    Pay to Plaintiff compensatory damages, attorney's fees, interest, costs and any such other relief this Court deems just under the circumstances.

***Plaintiff names Daniel P. McKiernan as its trial counsel and demands a jury trial on all issues so triable.***

Plaintiff
By its Attorney

/s/Daniel P. McKiernan, Esq.
Daniel P. McKiernan, Esquire (#4705)
9 Thurber Blvd., Ste. D
Smithfield, RI 02917
(401) 453-5055
(401) 453-5056 (fax)

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that, on the _____ day of _____, 2022, I caused the within to be filed through the Odyssey File & Serve, through which a copy of said document shall be electronically delivered to all individuals who are listed as registered participants in connection with the above-captioned action.

_____

6

Case Number: PC-2022-02911
Filed in Providence/Bristol County Superior Court
Submitted: 6/24/2022 3:04 PM
Envelope: 3683442
Reviewer: Victoria H

Case 1:22-cv-00247-WES-LDA    Document 3    Filed 06/27/22    Page 22 of 38 PageID #: 41

State of Rhode Island                          Superior Court
Providence, S.C.

        :

Savage Entertainment, LLC        :

VS.                              :        C.A. NO.: 2022-02911

        :

Jamaine Ortiz-Rodriquez          :

        :

## ORDER

This matter came on for hearing on the 17th day of May, 2022, before Mr. Justice McHugh, for Temporary Injunctive Relief.

AFTER HEARING THEREON, and in consideration thereof, it is hereby ORDERED:

1. After review of the record, temporary injunctive relief is appropriate.
2. Defendant is temporarily enjoined from entering into any contracts or accepting any fights after the fight that he is already scheduled for in Nevada on May 21, 2022. *with the hearing on the preliminary injunction*
3. The matter will come on for hearing on May 27, 2022, at 2 p.m. for a hearing on preliminary injunctive relief.

ENTER:                                    BY ORDER:

_Justice McHugh_                          _Fenice Robins_
Justice McHugh                            Dep. Clerk        5/17/20

Case Number: PC-2022-02911
Case 1:22-cv-00247-WES-LDA    Document 3    Filed 06/27/22    Page 23 of 38 PageID #: 42
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2022 12:16 PM
Envelope: 3642040
Reviewer: Victoria H

STATE OF RHODE ISLAND                          SUPERIOR COURT
PROVIDENCE, SC.

                                      :
SAVAGE ENTERTAINMENT, LLC             :
                                      :
VS.                                   :        C.A. NO.: PC-2022-02911
                                      :
JAMAINE ORTIZ-RODRIQUEZ               :
                                      :

## ORDER

This matter came on for hearing on the 27th day of May, 2022, before Mr. Justice McHugh, for Preliminary Injunctive Relief. ~~After hearing thereon, and~~ By agreement of the parties, it is hereby ORDERED:

1. The Order entered by this Court on or about May 17, 2022 shall continue in full force and effect until the hearing on Preliminary Injunction.
2. That the hearing on Preliminary Injunction shall be continued approximately one month, to a date that is convenient to the Court, namely: _June 27th, 2022_[date] at _2:00 pm_ [time].
3. That Defendant shall not waive any rights as a result of this continuance.

ENTER:                                BY ORDER:

_____             _____
Justice McHugh                        Deputy Clerk    5-27-22


                                      Submitted by:

                                      s/Daniel P. McKiernan, Esq.
                                      Daniel P. McKiernan, Esquire (#4705)
                                      9 Thurber Blvd., Ste. D
                                      Smithfield, RI 02917
                                      (401) 453-5055
                                      (401) 453-5056 (fax)

1

## CERTIFICATE OF SERVICE

I hereby certify that, on the 27th day of May, 2022, I caused the within to be filed through the Odyssey File & Serve, through which a copy of said document shall be electronically delivered to all individuals who are listed as registered participants in connection with the above-captioned action.

*Melissa Moniz*

2

Case Number: PC-2022-02911
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2022 12:16 PM
Envelope: 3642040
Reviewer: Victoria H

1:22-cv-00247-WES-LDA    Document 3    Filed 06/27/22    Page 25 of 38 PageID #: 44

STATE OF RHODE ISLAND                          SUPERIOR COURT
PROVIDENCE, SC.

                                          :
SAVAGE ENTERTAINMENT, LLC                 :
                                          :
VS.                                       :          C.A. NO.: PC-2022-02911
                                          :
JAMAINE ORTIZ-RODRIQUEZ                   :
                                          :

## **ORDER**

    This matter came on for hearing on the 27th day of May, 2022, before Mr. Justice McHugh, for Preliminary Injunctive Relief. After hearing thereon, and by agreement of the parties, it is hereby ORDERED:

1. The Order entered by this Court on or about May 17, 2022 shall continue in full force and effect until the hearing on Prelimary Injunction.
2. That the hearing on Preliminary Injunction shall be continued approximately one month, to a date that is convenient to the Court, namely: _____ [date] at_____ [time].
3. That Defendant shall not waive any rights as a result of this continuance.


ENTER:                                    BY ORDER:

_____                   _____
Justice McHugh                            Clerk



                                          Submitted by:

                                          s/Daniel P. McKiernan, Esq._____
                                          Daniel P. McKiernan, Esquire (#4705)
                                          9 Thurber Blvd., Ste. D
                                          Smithfield, RI 02917
                                          (401) 453-5055
                                          (401) 453-5056 (fax)


1

Case Number: PC-2022-02911
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2022 12:16 PM
Envelope: 3642040
Reviewer: Victoria H

Case 1:22-cv-00247-WES-LDA    Document 3    Filed 06/27/22    Page 26 of 38 PageID #: 45

CERTIFICATE OF SERVICE

I hereby certify that, on the 27th day of May, 2022, I caused the within to be filed through the Odyssey File & Serve, through which a copy of said document shall be electronically delivered to all individuals who are listed as registered participants in connection with the above-captioned action.

*Melissa Moniz*

2



# STATE OF RHODE ISLAND

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2022-02911 |
| **Plaintiff**<br>Savage Entertainment, LLC<br> v.<br>Jamaine Ortiz<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Daniel P. Mckiernan |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>MCKIERNAN LAW<br>9 Thurber Blvd Suite D<br>Smithfield RI  02917 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>6 Hermitage Lane<br>Worcester MA  01605 |

**TO THE DEFENDANT, Jamaine Ortiz:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 5/25/2022. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>Savage Entertainment, LLC<br> v.<br>Jamaine Ortiz<br>**Defendant** | **Civil Action File Number**<br>PC-2022-02911 |

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Jamaine Ortiz, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____
_____
Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.
Name  of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name  of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
  Name  of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
  Name  of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____

  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

  _____

☐ I was unable to make service after the following reasonable attempts: _____

_____

| SERVICE DATE: _____/_____/_____ | SERVICE FEE $ _____ |
| Month    Day    Year | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____

 Signature

State of _____

County of _____

   On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)

State of Rhode Island                                    Superior Court
Providence, S.C.

:

Savage Entertainment, LLC          :
                                   :
VS.                                :     C.A. NO.: 2022-02911
                                   :
Jamaine Ortiz-Rodriquez            :
                                   :

## ORDER

This matter came on for hearing on the 17th day of May, 2022, before Mr. Justice McHugh, for Temporary Injunctive Relief.

AFTER HEARING THEREON, and in consideration thereof, it is hereby ORDERED:

1. After review of the record, temporary injunctive relief is appropriate.
2. Defendant is temporarily enjoined from entering into any contracts or accepting any fights after the fight that he is already scheduled for in Nevada on May 21, 2022. *until the hearing on the preliminary injunction*
3. The matter will come on for hearing on May 27, 2022, at 2 p.m. for a hearing on preliminary injunctive relief.

ENTER:                                   BY ORDER:


_____                  _____
Justice McHugh                           Dep. Clerk        5/17/20

STATE OF RHODE ISLAND                    SUPERIOR COURT
PROVIDENCE, SC.

                                    :

SAVAGE ENTERTAINMENT, LLC                :
                                    :

VS.                                      :    C.A. NO.:
                                    :

JAMAINE ORTIZ                            :
                                    :

## <u>MOTION FOR INJUNCTIVE RELIEF</u>

Now comes Plaintiff, Savage Entertainment, LLC, and hereby moves this Court for an Order requiring that Defendant, Jamaine Ortiz, now a professional boxer, honor contractual obligations to which he previously agreed.

The parties entered into a binding contract, entitled "Management Agreement" ("Agreement") on April 13, 2016.   The Agreement expressly provides:

a)  that Defendant is subject to jurisdiction in Rhode Island;

b)  that Defendant's rights under the Agreement are "unique, unusual and extraordinary … giving them peculiar value, the loss of which would cause irreparable damage or injury that cannot … be reasonably or adequately compensated to damages in an action at law.";

c)  that Defendant would not participate in boxing matches without permission of Plaintiff; and

d)  that Plaintiff would be entitled to 20% of proceeds from any boxing match that occurs during the term of the Agreement.

Defendant will be fighting in Las Vegas on May 21, 2022 and will be awarded a $100,000 purse for his participation.  He set this up without notifying Plaintiff.  In fact, he has effectively cut off all communications with Savage.  Through third parties, Defendant has communicated that he will no longer communicate with Plaintiff and that he intends to dishonor his obligations under the Agreement.

This motion seeks an Order as follows:

i.   that Defendant is required to consult with Plaintiff before agreeing to participate in any further boxing matches;

1

Case Number: PC-2022-02911
Filed in Providence/Bristol County Superior Court
Submitted: 5/17/2022 1:46 PM
Envelope: 3626715
Reviewer: Andrew D.

Case 1:22-cv-00247-WES-LDA    Document 3    Filed 06/27/22    Page 32 of 38 PageID #: 51

ii. That the Defendant is prohibited from spending or distributing any of the proceeds from the boxing match on May 21, 2022 before the interests of Plaintiff are fully litigated and determined or until further order of the Court; and

iii. that Defendant is required to instruct the Nevada Athletic Commission, which acts as disbursal agent for professional boxers who have matches in Nevada, to make Savage a payee on any check issued in favor of Defendant as a result of the upcoming match;

Plaintiff
By its Attorney


/s/Daniel P. McKiernan, Esq._____
Daniel P. McKiernan, Esquire (#4705)
9 Thurber Blvd., Ste. D
Smithfield, RI 02917
(401) 453-5055
(401) 453-5056 (fax)


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the _____ day of _____, 2022, I caused the within to be filed through the Odyssey File & Serve, through which a copy of said document shall be electronically delivered to all individuals who are listed as registered participants in connection with the above-captioned action.

_____

2

Case Number: PC-2022-02911
Filed in Providence/Bristol County Superior Court
Submitted: 5/17/2022 1:16 PM
Envelope: 3626620
Reviewer: Carol M.

Case 1:22-cv-00247-WES-LDA    Document 3    Filed 06/27/22    Page 33 of 38 PageID #: 52

| STATE OF RHODE ISLAND | SUPERIOR COURT |
|---|---|
| PROVIDENCE, SC. | |

| | | |
|---|---|---|
| SAVAGE ENTERTAINMENT, LLC | : | |
| | : | |
| VS. | : | C.A. NO.: |
| | : | |
| JAMAINE ORTIZ | : | |
| | : | |

## **COMPLAINT**

### *Parties*

1.  Plaintiff, Savage Entertainment, LLC ("Savage"), is a limited partnership organized and existing under the laws of the State of Rhode Island with a principal place of business in Providence, Rhode Island.

2.  Defendant, Jamaine Ortiz ("Defendant"), is an individual who, upon information and belief resides in Worcester, Massachusetts.

3.  On or about April 13, 2016, Savage and Defendant entered into a contract entitled "Management Agreement," which provided that "[t]he parties hereto irrevocably consent to the personal jurisdiction of the Courts of the State of Rhode Island."

4.  The allegations in this case arise out of said Management Agreement.

### *Jurisdiction and Venue*

5.  This Court has personal jurisdiction over the Defendant.

6.  This Court has subject matter jurisdiction over the instant controversy.

7.  Venue is appropriate in this Court as Plaintiff has its principal place of business in Providence, Rhode Island.

### *Background*

8.  Defendant is a professional boxer and is approximately 26 years old.

9.  At the time Defendant executed the Management Agreement with Savage, he was approximately 21 years old.

1

Case Number: PC-2022-02911
Filed in Providence/Bristol County Superior Court
Submitted: 5/17/2022 1:16 PM
Envelope: 3626620
Reviewer: Carol M.

Case 1:22-cv-00247-WES-LDA    Document 3    Filed 06/27/22    Page 34 of 38 PageID #: 53

10.   Pursuant to the Management Agreement, Savage paid Defendant $10,000 and has provided him with a weekly stipend of $500, so that he could focus on his boxing training.

11.   Savage's involvement with Defendant has allowed Defendant to become a respected professional boxer.

12.   Pursuant to the terms of the Management Agreement, Defendant gave Savage the "exclusive right to manage his professional boxing career" for a term of five (5) years, with such term being automatically extended for three (3) years if Defendant won a world title under the auspices of five different boxing organizations, including the World Boxing Council (WBC).

13.   Defendant did win a WBC world title on February 23, 2019.

14.   As a result, on February 23, 2019, the term of the Management Agreement was extended through April 13, 2024.

15.   Defendant also won other titles that extended the original term of the Management Agreement by three years.

16.   Recently, Savage learned that Defendant is scheduled to participate in a professional boxing match in Las Vegas, Nevada, on May 21, 2022.  The match will occur at the Resorts World Las Vegas and will be televised on ESPN.

17.   The Management Agreement provides that Defendant "expressly agrees that he will not… take part or participate in any boxing contest…. except as directed by" Savage.

18.   Defendant did not notify Savage of his intention to engage in the May 21 match in Las Vegas.

19.   Savage, through its principal, has attempted to communicate with Defendant within the last three months, but Defendant has not returned any communications to Savage.

20.   Savage, through its principal, has learned that Defendant is working with another promoter/manager and intends to dishonor his obligations under the Management Agreement between Savage and Defendant.

2

Case Number: PC-2022-02911
Filed in Providence/Bristol County Superior Court
Submitted: 5/17/2022 1:16 PM
Envelope: 3626620
Reviewer: Carol M.

Case 1:22-cv-00247-WES-LDA   Document 3   Filed 06/27/22   Page 35 of 38 PageID #: 54

### *Count I – Injunctive Relief*

21.    Plaintiff repeats and realleges its allegations in paragraphs 1 through 20 as if fully set forth herein.

22.    The Management Agreement states, in relevant part, that the rights granted to Savage under that agreement "are of a special, unique, unusual and extraordinary character, giving them particular value, the loss of which would give them peculiar value, the loss of which would cause irreparable damage or injury that cannot be reasonably or adequately compensated by damages in an action at law."

23.    It is expected that Defendant, whether he wins or loses the match in Las Vegas described above, will earn a purse.

24.    It is also reasonably expected that Defendant, by his participation in the match in Las Vegas, will position himself to engage in additional bouts that will earn him even greater opportunities to earn more significant purses.

25.    The Management Agreement provides that Savage will earn consideration based on the purses earned by Defendant.

26.    If Defendant earns a purse at the Las Vegas match, such monies will be distributed through the Nevada Athletic Commission.

27.    Plaintiff is seeking an Order from this Honorable Court that any purse earned by Defendant during the term of the Management Agreement will not be distributed unless the name of Plaintiff is on the check; and, that Defendant be required to consult with Plaintiff before agreeing to his next fight.

28.    Upon information and belief, Defendant is involved with another manager that is based in Rhode Island.

29.    Alternatively, Savage seeks an order from this Court stating that any purse that will be distributed during the term of the Management Agreement should be paid to the Rhode Island Superior Court, to be distributed after a full hearing in this case.


**WHEREFORE**, Plaintiff, Savage Entertainment, LLC, hereby requests this Court to enter judgment on its behalf requiring Defendant to:

i.    Direct the Nevada Athletic Commission to issue any proceeds from the upcoming boxing match on May 21, 2022 with Plaintiff as a payee;

3

Case Number: PC-2022-02911
Filed in Providence/Bristol County Superior Court
Submitted: 5/17/2022 1:16 PM
Envelope: 3626620
Reviewer: Carol M.

Case 1:22-cv-00247-WES-LDA   Document 3   Filed 06/27/22   Page 36 of 38 PageID #: 55

    ii.   That the Defendant is prohibited from spending or distributing any of the proceeds from the boxing match on May 21, 2022 before the interests of Plaintiff are fully litigated and determined;

    iii.   That Defendant is required to instruct the Nevada Athletic Commission, which acts as disbursal agent for professional boxers ho have matches in Nevada, to make Savage a payee on any check issued in favor of Defendant as a result of the upcoming match;

    iv.   Award compensatory and punitive damages; and

    v.   Award attorney's fees, interest, costs and any such other relief this Court deems just under the circumstances.

### *Count II – Declaratory Relief*

30.    Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 29 as if fully set forth herein.

31.    Jurisdiction is conferred upon this Honorable Court pursuant to R.I.G.L. §9-30-1 et seq.

32.    A substantial controversy has arisen amongst the parties which now requires judicial intervention for resolution.

33.    Savage seeks a judicial declaration prescribing its rights, and the duties of Defendant when honoring Plaintiff's rights, relative to Savage's rights under the Management Agreement.

34.    Specifically, Plaintiff seeks a judgment that the Agreement is in full force and effect and that Defendant has a duty to comply with the terms of the Management Agreement for the remaining term of that Agreement.

**WHEREFORE**, Plaintiff, Savage Entertainment, LLC, hereby requests this Court to enter judgment on its behalf declaring as follows:

    i.   The effect and term of the "Management Agreement" executed by the parties.

4

Case Number: PC-2022-02911
Filed in Providence/Bristol County Superior Court
Submitted: 5/17/2022 1:16 PM
Envelope: 3626620
Reviewer: Carol M.

Case 1:22-cv-00247-WES-LDA    Document 3    Filed 06/27/22    Page 37 of 38 PageID #: 56

### *Count III - Breach of Contract*

35.    Plaintiff repeats and realleges paragraphs 1 through 34 as if fully set forth herein.

36.    Defendant has breached the terms of the Agreement.

37.    Plaintiff has honored its obligations under the Agreement.

38.    To the extent that such damage can be calculated, Defendant's breach has caused financial damage to Plaintiff.

**WHEREFORE,** Plaintiff, Savage Entertainment, LLC, hereby requests this Court to enter judgment on its behalf requiring Defendant to:

i.    Refrain from entering any further boxing contests without consulting with Plaintiff;

ii.    award compensatory and punitive damages; and

iii.    Pay to Plaintiff compensatory damages, attorney's fees, interest, costs and any such other relief this Court deems just under the circumstances.

### *Count IV - Unjust Enrichment*

39.    Plaintiff repeats and realleges paragraphs 1 through 38 as if fully set forth herein.

40.    In reliance on the promises from Defendant, Plaintiff paid monies to Defenant over a period of years which allowed Defendant the opportunity to advance his boxing career.

41.    Savage's actions in this regard have conferred a great financial benefit on the Defendant, and it would be inequitable to allow Defendant to benefit from Savage's services without paying for said services.

42.    Savage is entitled to collect from Defendant all sums it has advanced, along with additional sums to make it whole under the Agreement.

**WHEREFORE,** Plaintiff, Savage Entertainment, LLC, hereby requests this Court to enter judgment on its behalf requiring Defendant to:

i.    Refrain from entering any further boxing contests without permission of Plaintiff;

5

Case Number: PC-2022-02911
Filed in Providence/Bristol County Superior Court
Submitted: 5/17/2022 1:16 PM
Envelope: 3626620
Reviewer: Carol M.

Case 1:22-cv-00247-WES-LDA   Document 3   Filed 06/27/22   Page 38 of 38 PageID #: 57

ii.     award compensatory and punitive damages; and

iii.    Pay to Plaintiff compensatory damages, attorney's fees, interest, costs and any such other relief this Court deems just under the circumstances.

***Plaintiff names Daniel P. McKiernan as its trial counsel and demands a jury trial on all issues so triable.***

Plaintiff
By its Attorney


/s/Daniel P. McKiernan, Esq._____
Daniel P. McKiernan, Esquire (#4705)
9 Thurber Blvd., Ste. D
Smithfield, RI 02917
(401) 453-5055
(401) 453-5056 (fax)


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the _____ day of _____, 2022, I caused the within to be filed through the Odyssey File & Serve, through which a copy of said document shall be electronically delivered to all individuals who are listed as registered participants in connection with the above-captioned action.

_____

6