UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SAVAGE ENTERTAINMENT, LLC

    Plaintiff,

        v.                           CA No. 23-cv-247-WES

JAMAINE ORTIZ,

    Defendant.

**JUDGMENT**

    This action came to be heard before the Court and a decision has been rendered.  Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

    Pursuant to the Memorandum and Order entered on November 30, 2023 and in accordance with Fed. R. Civ. P. 58., judgment entered in favor of the Defendant Jamaine Ortiz, and against the Plaintiff Savage Entertainment, LLC.

    It is so ordered.

    November 30, 2023               By the Court:

                                        /s/ William E. Smith
                                        United States District Judge